IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
┌─────────────────────────────────────┐
│ ✓ FILED            ──── RECEIVED     │
│ ✓ ENTERED          ──── SERVED ON    │
│            COUNSEL/PARTIES OF RECORD │
│   ┌───────────────────────────┐     │
│   │                           │      │
│   │      SEP 1 2 2007          │     │
│   │                           │      │
│   └───────────────────────────┘     │
│   CLERK US DISTRICT COURT            │
│      DISTRICT OF NEVADA              │
│ BY: _____ DEPUTY  │
└─────────────────────────────────────┘
```

JEFF H WILLIAMSON,

PLAINTIFF

VS

CASE NO. 3:07-CV00371

AMENDED COMPLAINT

GEORGE W BUSH )

DICK CHENEY )

MICHAEL HAYDEN )

ROBERT S MUELLER )

DR CHUNG HWAN KWAK )

TOM CURLEY )

BOB WRIGHT )

ROBERT IGER )

LESLIE MOOVES )

RUPERT MURDOCH )

JIM WALTON )

JONATHON KLEIN )

RUDI BAKHTAIR )

MICHAEL RAMOS )

JIM HACKLEMAN )

OTHER UNNAMED NATIONAL and

LOCAL MEDIA REPRESENTATIVES )

DEFENDANTS

## INTRODUCTORY STATEMENT

Jeff H Williamson of NEVDA  hereby asserts the following claims and state and federal statutory violations against the defendants in the above-entitled action:

(1) violation of 42 U.S.C. 1983: infringement on freedom of the press,

(2) violation of 42 U.S.C. 1983: conspiracy to infringe on freedom of press,

(3) violation of 42 U.S.C. 1983: infringement on freedom of speech,

(4) violation of 42 U.S.C. 1983: conspiracy,

(5) violation of 42 U.S.C. 1981 equal rights

(6) violation of 42 U.S.C 1985 (2) obstruction of justice

(7) violation of 42 U.S.C. 1985 (3) depriving persons rights or priviledge

(8) violation of 42 U.S.C. 1986: refusing or neglecting to prevent,

(10) obstruction of justice, unlawful coercein and

conspiracy to obstruct justice,

(11) conspiracy,

(12) intentional infliction of emotional distress,

(13) negligent infliction of emotional distress

(14) violation of 18 U.S.C section ? 4. Misprision of felony

(15) violation of 18 U.S.C. section  ? 241. Conspiracy against rights, with attempted murder

(16) violation of 18 U.S.C. section  ? 242. Deprivation of rights under color of law, with attempted murder

(17) violation of 47 U.S.C. 317, the Radio Act, (prohibits broadcast stations from airing government-produced programming without proper disclosure.)

(18) violation of 31 U.S.C. 1341, Pub. L. No. 108-199,( prohibits the use of public funds for creating and distributing partisan propaganda).

(19) violation of 18 U.S.C. section  ? 1505. Obstruction of proceedings before departments, agencies, and committees; obstruction of justice, unlawful coercion, and conspiracy to obstruct justice

(20) violation of 18 U.S.C. section 1001 false statements

**(21)** violation of 18 U.S.C. section ? 1512.(d)(2)Tampering with a victim

**(22)** violation of 18 U.S.C. section ? 1513. Retaliating against a victim

**(23) violation of 18 U.S.C. section 2261  Interstate Stalking**

**(24)** violation of The Ralph Civil Rights Act (California Civil Code section 51.7)

http://www.police.ucsb.edu/your_rights.html

**(25)** violation of The Banes Civil Rights Act (California Civil Code section 52.1)

http://www.police.ucsb.edu/your_rights.html

**(26)** Conspiracy, California Penal Code 182  182-185

**(27)** Interference with exercise of civil rights:punishment; speech, California Penal Code 422.6 422.6-422.865

**(28) malicious prosecution**

**(29) abuse of process**

## INTRODUCTION

**1.  The defendants are in violation of state and federal statues, serious crimes against the Plaintiff. It is necessary for the Honorable Court to review this Petition on the Petitioner's website http://www.freewebs.com/presslawsuit  so the Court can read the relevant information on the Plaintiff's websites, blogs, links and watch the videos and listen to the audio needed to present the case so the Court can GRANT the Relief the Plaintiff deserves. In addition the defendants and others have placed the Plaintiff's health, saftey and life at grave risk to coverup the corruption and crimes in this district. The Court should be advised the Central Intelligence Agency, Defendant Michael Hayden , his agents and unknown FBI agents tamper and/or change content in Plaitiff's websites-political blogs without his consent.**

**For these reasons, Plaintiff is reporting these violations and vicious crimes to the Court pursuant to:**

- **18 U.S.C. section ? 4. Misprision of felony**
- **18 U.S.C. section ? 2382. Misprision of treason**
- **18 U.S.C. section ? 1512. (d)(2)Tampering with a victim**
- **18 U.S.C. section ? 1513. Retaliating against a  victim**

**The statute of limitations can be tolled (stopped from running) since there was and is a coverup and obstruction of justice of these sadistic crimes against the Plaintiff and to prevent the plaintiff from presenting his claims. These defendants and others, either currently or formerly, have engaged in a systematic, and officially sanctioned campaign of mis-information and dis-information designed to discredit the plaintiff**

and prevent the named Plaintiff from presenting his claims that continued into this district.

## JURISDICTION & VENUE

1. This controversy involves 42 U.S.C.Section 1983 (deprivation of civil rights), 42 U.S.C. Section 1981 (equal rights under law), 42 U.S.C. Section 1985 (2) obstruction of justice and (3) depriving persons of rights or privilage; 42 U.S.C. Section 1986 action for neglect to prevent;  42 U.S.C.  Section 14141 cause of action (a) unlawful conduct; 28 U.S.C. Sections 2201-2202 (declaratory judgment action), and provisions of the United States Constitution: First Amendment (right to free press);  Eighth Amendment (cruel and unusal punishment and freedom from harm provision; 14th Amendment, Section 1 (abridging privileges and immunities; and denial of equal protection of laws); and 28 U.S.C. Section 1331 (federal question), 28 U.S.C. Section 1343 (civil rights).

2. This Court has original jurisdiction over the (i) federal question claims under 28 U.S.C. Section 1331; (ii) civil rights claims under 28 U.S.C. Section 1343, as hereinafter more fully appears.

3.Under section 1391(b), because not all of the defendants reside in the same state, venue would have to arise in a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred& " 28 U.S.C. ? 1391(b)(2). Under this section, the plaintiff shows that venue be placed in the Northern District of Califirnia, where the federal actions underlying the Bivens' claims occurred is proper venue to that jurisdiction for his constitutional claims.

4. 28 U.S.C. 1346(b)(1) grants U.S. District Courts "exclusive jurisdiction of civil actions on claims against the United States, for money damages ... for injury or loss of property, or personal injury or death caused by the negligent act or wrongful act or omission of any employee of the Government."

5. Venue as to each of the defendants is appropriate under 28 U.S.C. Section 1391(b)(1) (as a judicial district where any defendant resides) and 28 U.S.C. Section 1391(b)(2) (a judicial district in which a substantial part of the events giving rise to the claim occurred).

6. Plaintiffs also invoke the supplemental jurisdiction of this Court to consider claims arising under California law, as more fully set forth below.

This Court  has pendant jurisdiction pursuant to 28 U.S.C. section 1367 to hear and decide state claims. The state and federal claims derive from a common nucleus of operative facts.

7. This court has jurisdiction pursuant to 28 U.S.C. section 1343 to hear and decide federal statutory violations committed by the defendants.

## PARTIES

1. The Plaintiff JEFF H WILLIAMSON is a citizen and resident of the United States of America and the State of NEVADA. The plaintiff is a independant investigative journalist who has a political blog called the Renegade Movement on government and corporate corruption and coverups that consist of news links, documentaries, videos and other news not normally printed or broadcasted in the national media: http://www.freewebs.com/renegademovement the plaintiff is aslo one of the best political bloggers in the United States . The plaintiff is also a disc jockey-one of the best dj's in the United States; http://www.freewebs.com/djblazegigs ; the plaintiff is also a pro se litigant who has studied law for about seven years. The plaintiff has been injured by the defendants destuctive activities and misconduct which includes obstuction of justice so the national media defendants can continue to deny the Plaintiff and the American People the right to a free press.

2. The Defendant George W Bush is the President of the United States of America. He put his hand on the Holy Bible and swore or affirmed to "perserve and protect the Constitution". He lied after reciting the Presidential Oath of Office. He has subverted the Constitution and committed several federal statutory violations and acts of treason. His activities and misconduct amount to a regime and/or a criminal enterprise: http://www.freewebs.com/ricoactbush . He is responsible for the government defendants and he has conspired and/or acted in concert with some or all of the named defendants in the continuation of the long train of criminal civil rights violations against the plaintiff . He has personally authorized the Central Intelligence Agency continuation of a secret project called operation mockingbird and/or similar program and has continued to reauthorize it since its conception in violation of the First Amendment, Right to a Free Press. He has repeatedly violated 18 U.S.C. section ? 241. Conspiracy against rights, with attempted murder and violation of 18 U.S.C. section ? 242. Deprivation of rights under color of law. He is being sued in his individual and official capacity. This defendant can be served with this amended complaint at the following address:

1600 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20535-001

3.The Defendant Richard B Cheney is the Vice President of the United States of America. He put his hand on the Holy Bible and swore or affirmed to "perserve and protect the Constitution". He lied taking the Vice Presidential Oath of Office. He has subverted the Constitution and committed several federal statutory violations and acts of treason. His activities and misconduct amount to a regime and/or a criminal enterprise: http://www.freewebs.com/ricoactbush . He has conspired with the Central Intelligence Agency to continue a secret project called operation mockingbird and/or similar program and has knowingly allowed it to continue since its conception in violation of the First Amendment, Right to a Free Press.He is responsible for the

government defendants and he has conspired and/or acted in concert with some or all of the named defendants in the continuation of the long train of criminal civil rights violations and human rights abuses against the plaintiff. He has repeatedly violated 18 U.S.C. section ? 241. Conspiracy against rights, with attempted murder and violation of 18 U.S.C. section ? 242. Deprivation of rights under color of law.He is being sued in his individual and official capacity. This defendant can be served with this amended complaint at the following address:

**1600 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20535-001**

**4. The Defendant, Michael Hayden is the Director for the Central Intelligence Agency (CIA) . He is responsible for the agents, operatives and employees of the CIA. He is acting in concert with Defendnat Bush and authorizes and/or permits the continuace of the Central Intelligence Agency secret project called operation mockingbird and/or other similar program in violation of the First Amendment, Right to a Free Press. He has repeatedly violated** 18 U.S.C. section **? 241. Conspiracy against rights, with attempted murder and violation of 18 U.S.C. section ? 242. Deprivation of rights under color of law . He has and continues to make false statements to Congress and the American people:** http://thinkprogress.org/2006/01/26/hayden-broke-law/ **He is being sued in his individual and official capacity. This defendant can be served with this amended complaint at the following address:**

**THERE IS NO ADDRESS FOR THE CIA EXCEPT: CIA WASHINGTON DC 20505**

5. The defendants Dr. Chung Hwan is chief executive officer (hereinafter CEO) for United Press International, 1510 H Street, Washington DC 20005;
Tom Curley is the CEO of the Associated press, 450 W 33rd Street, New York, NY 10001; Robert Wright is the CEO of NBC, 30 Rockefeller Plaze, New York, NY 10112; Robert Iger is the CEO of ABC, 77 West 66 Street, New York, NY 10023 ; Leslie Moonves is the CEO of CBS, 51 West 52nd Street, New York, NY 10019Rupert Murdoch is the CEO of FOX news, 1211Avenue of the Americas, New York, NY ;Jim Walton is a executive at Cable News Network (hereinafter CNN), One CNN Center, Atlanta, GA 33048; Jonathon Klein ia a executive at CNN, One CNN Center, Atlanta, GA 33048 ; All of these defendants have overall resposibility to ensure the Plaintiff and America people recieve uncensored news free of blackouts for it is the central tenant of the First Amendment the government must remain neutral in the media, market place of ideas and opinions as a matter of public interest and concern that is essential to the common quest for the truth and vitality as a whole as required under the First Amendment-Right To A Free Press. These defendants have repeatedly violated 18 U.S.C. section **? 241. Conspiracy against rights and violation of 18 U.S.C. section ? 242. Deprivation of rights under color of law.** All of these defendants are being sued in their individual and official capacity. These defendants can be served with this amended complaint at the addresses indicated above

**6. The Defendant, Robert S Mueller is the Director for the Federal Bureau of Investigation (FBI) . He is responsible for the agents, operatives and employees of the FBI. He is acting in concert with all these defendants and authorizes and/or permits the continuace of the policy and practice of FBI Cointelpro and/or other similar program in violation of the Eighth Amendment. He has repeatedly violated** 18 U.S.C. section **? 242. Deprivation of rights under color of law. He is being sued in his individual and official capacity. This defendant can be served with this amended complaint at the following address:**

935 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20535

**7. Defendant Michael A Ramos is the district attorney for San Bernardino, County California; Defendant Jim Hackleman is the assistant district attorney for San Bernardino, County California. It is their duty to represent the interests of the people in the criminal justice system, as mandated by California State law. The San Bernardino County District Attorney☐ s Office serves the residents of San Bernardino County by: seeking the truth, protecting the innocent; holding the guilty accountable; preserving the dignity of victims and their families; and, ensuring that justice is done while always maintaining the highest ethical standards. These defendants can be served with this amended complaint at the following address:**

**316 N MOUNTAIN VIEW AVENUE, SAN BERNARDINO, CA 92415-004**

**8. At all times relevant hereto, the defendants acted willfully and wontonly and with diliberate indifferance to the rights and feelings of the Plaintiff. At all times relevant hereto, the defendants acted in accordance with an established policy, practice, custom, procedure, and/or conspiracy which violated the Plaintiffs known constitutional rights. The defendants knowingly and willfully violated 18 U.S.C. 241 and/or 242 and have Obstructed Justice attemping to coverup these crimes that are serious state and federal stautory and Constitutional violations**

## AMENDED COMPLAINT

1. It is a civil rights action brought pursuant to the First Amendment, Fourth Amendment, Eighth Amendment, and Fourteenth Amendment, to the United States Constitution and 42 U.S.C. 1981; 42 U.S.C. 1933; 42 U.S.C. 1985 (2) and (3); 42 U.S.C. 1986; 42 U.S.C. 14141 cause of action (a) unlawful conduct; and challenging the constitutionality of the acts, policies, practices, and/or customs of the defendants who have and are committing violations of numerous state and federal laws; and 42 U.S.C. section 3789k Prohibition on use of Central Intelligence Agency sevices. This is a Complaint seeking damages for the defendants violation of the Plaintiffs☐ Constiutional rights and violations of federal and state statues who acted in concert and/or conspired as willful participamts and/or as a actor and/or as a co-conspirator that has use his/her position and/or jurisdiction corruptly and have engaged in activities without jurisdiction to coverup up corrption, coverup the long train of Constitutional violations against the plaintiff, coverup the long train crimes against the plaintiff.

The Plaintiff further states his claims under the Privacy Protection Act

The Privacy Protection Act of 1980, 42 U.S.C. ? 2000aa et seq. (PPA or Act), passed in response to the Supreme Court's 1978 decision in Zurcher v. Stanford Daily, where the Court held that neither the First nor Fourth Amendments confer any special protections to the press against search and seizure. Thus, the PPA does provide special protections to the press against search and seizure of journalistic work product (and "other documents") as defined by the Act. Congress passed the PPA to regulate searches and seizures of journalistic work product, where the object of the work product is to disseminate it to the public. PPA plaintiffs need not show damages ☐ the Act provides plaintiffs $1,000 minimum damages for each violation. PPA gives any journalist harmed by this Act the right to sue the federal government without its permission, authorizing the injured journalist to collect actual damages and punitive damages. The Act also permits the plaintiff to sue the defendants  and any identifiable Justice Department personnel for violations of tort law and the Constitution. The PPA futher states the US Treasury will pay the attorneys fees if Plaintiff prevails in federal civil court. The Plaintiff does NOT have the resources or funds to ensure his amended complaint is served on the defendants. Therfore a United States Federal Marshal can serve Plaintiffs amended complaint so he can recieve the relief he deserves.

2. The defendants have violated the Plaintiffs rights under the Constitution and laws of the United States of America while they acted under color of law and/or have oppressed, threatened, and intimidated the Plaintiff in his exercise and enjoyment of his rights and priviledges secured to him by the United States Constitution and laws of the United States of America. The Defendants  institute, authorize, tolerate, ratify permit and acquiesce in policies, practices and customs of detentions, interrogations, searches and seizures without probable cause, harass without reasonable, articulable suspicion of crime, in their provision of government, law enforcement services or corporate corruption as the acts were done with diliberate indifferance, knowingly in violation of plaintiffs☐ legal and constitutional rights, without good faith, and have directly and proximately caused plaintiffs☐ humiliation, physical injuries yet to be determined that were covered up by the defendants, mental pain and suffering and violation of public trust with the defendants gross negligence, reckless and/or callous indifferance to the rights and safety of the Plaintiff and acted in the face of perceived risks that would violate federal law all to the damage of the Plaintiff.. The facts in this complaint disclose a concerted and systematic effort by defedants and their agents to deprive plaintiff of constitutionally secured rights  and constitutes a serious miscarrage of justice

3. These defendants acted with malice, fraud, oppression complete  reprehensible conduct and conspired and acted in concert to suppress, chill and "neutralize Plaintiff's constitutionally protected activities and abridge his civil rights and subject him to human rights abuses. The Eighth Amendment Cruel and Unusal punishment and Freedom from Harm provision also applies to these defendants . The Plaintiff has exhausted all administrative remedies known to him. The plaitiff further states that some or all of these wrongs flowed from a conspiracy or conspiracies among the defendants and unknown others , who shared a wrongful 'meeting of the minds' in the illicit official desire to

4. Each of the defendants knew of the activities of the co-conspiraters after notice from the Plaintiff, via email and police reports, and should have logically expected that he or she was part of this criminal enterprise and/or conspiracy against the Plaintiffs rights. The defendants have knowledge of the unlawful activity and/or show reckless indifference torward the Plaintiff allowing the illegal activity with a degree of participation and the extent the defendants benefit from these schemes that are so extensive to compell a conclusional continuity of these cimes against the Plaintiff. The Defendants activities and obstruction of justice harms the Petioners's saftey, health and welfare by knowingly and willfully allowing these crimes and criminal civil rights violations to continue each of which constitutes irreparible injury for which the Plaintiff seeks relief and damages taxed against these defendants

5. The defendants' wrongful, actionable conduct, committed in furtherance of the conspiracy to cover up the criminal civil rights violations and obstruction of justice. The Plaintiff points out, the defendants as having participated in wrongful conduct (as principals in the first or second degree) are not the only defendants liable for the conduct alleged. Under the law of civil conspiracy, so long as the actionable wrongs were within the scope of the unlawful conspiracy to cover up the criminal civil rights violations and obstruction of justice all participants in that conspiracy are liable for acts that "could reasonably be foreseen as necessary or natural consequences" of the conspiracy.

6. The President of the United States of America, defendant Bush is knowingly and willfully allowing the CIA, defendnat Hayden, to control the media defendants. Media propaganda tactics that include blackouts, misdirections, expert opinions to echo the Establishment line, smears, defining popular opinions, mass entertainment distractions, and Hobson's Choice the media

presents the so-called conservative and liberal positions against the Plaintiff and American people. The First Amendment guarantees our freedom of the press to do as we choose with our media. It is the central tenant of the First Amendment these defendants and the government must remain neutral in the media, market place of ideas and opinions as a matter of public interest and concern that is essential to the common quest for the truth and vitality as a whole as required under the First Amendment-Right To A Free Press

**7. The Plaintiff seeks a declaration that the defendants deprived him of his clearly established constitutional rights guaranteed to him by the First to the United States Constitution and 42 U S C 1983, a permanant injunction enjoing the defendants from preventing the Plaintiff from the First Amendment guarantees our freedom and right to a free press. The First Amendment theory must be reexamined, for only by responding to the present reality of the mass medias repression of ideas can the constitutional guarantees of free speech best serve its original purposes. In Whitney v California that underlying the First Amendment guarantee is the assumption that free expression is indispensible to the "discovery and spread of political truth" and that the "greatest menace to freedom is an inert people." That public information is vital to the creation of an informed citizenry.**

The defendants have repeatedly labeled the Plaintiff as dangerous, violent and crazy in a mere grasp to justify their activities and misconduct described in this complaint. These defendants have conspired against the plaintiff as described in this complaint and repeatedly harassed the plaitiff in a malicious effort to provoke confrontations to say he is violent for several years all of which continued in this district. These defendants and government agents have all worked togther to implement various dangerous government programs against targets such as the Plaintiff which include the United States military through the United States Department of Defense.

In the Final Report of the Senate Select Committee to Study Governmental Operations with respect to IntelligenceActivities (Church Committee), FBI COINTELPRO PROGRAM was castigated in no uncertain terms: "COINTELPRO is the FBI acronym for a series of covert action programs directed against domestic groups." and here it states in the governments own documents:

"Many of the techniques used would be intolerable in a democratic society even if all of the targets had been involved in violent activity, but COINTELPRO went far beyond that...the Bureau conducted a sophisticated vigilante operation aimed squarely at preventing the exercise of First Amendment rights of speech and association, on the theory that preventing the growth of dangerous groups and the propogation of dangerous ideas would protect the national security and deter violence." The defendants scream national security and violence and have and still continues to use unlawful activities and those dangerous tecniques against the Plaintiff to avoid "embarassment" to the defendants regarding corruption and coverups listed in the Plaintiff's political blog and in this complaint.

**There is no question FBI Cointelpro Program is one of the worst abuses in law enforcement history and continues to this day against the Plaintiff and other American citizens. The United States government agencies and miltary branches have a long history and continue to use dangerous government programs against private citizens and the Plaintiff. This program and other dangerous government programs have been condemned**

by the United States Senate and the Federal Judicary: FBI Cointelpro; CIA MK ULTRA; CIA OPERATION CHAOS; and countless other dangerous government programs and operations that include but not limited to mind control, remote viewing, gang stalking, use of electronic weapons on private citizens, assasinations, and other techniques, experiments and test on unwitting private citizens all of which are in the governments own documents. These defendants have taken political spying to a whole new level which include but not limited to the USA Patriot Act, NSA Spying Program, FBI Carnivoir, DIA Echelon and other government surveillance programs for non-terrorism purposes and abused their positions and power corruptly to cover up these crimes and abuses against the Plaintiff and their corruption which amounts to obstruction of justice.

http://www.youtube.com/watch?v=l1e_PzVPiW8

http://www.youtube.com/watch?v=vmQ9_g9b5Hk

http://video.google.com/videoplay?docid=-7581539199531266393&q=fbi+cointelpro

LISTEN Click here: Segment on FBI Cointelpro Against Activist

LISTEN Click here: Clip 3 FBI Cointelpro Described

http://www.youtube.com/watch?v=nWjMnPmdPOA

# INTRODUCTION

8. Starting in the early days of the Cold War (late 40's), the CIA began a secret project called Operation Mockingbird, with the intent of buying influence behind the scenes at major media outlets and putting reporters on the CIA payroll, which has proven to be a stunning ongoing success. The CIA effort to recruit American news organizations and journalists to become spies and disseminators of propaganda, was headed up by Frank Wisner, Allen Dulles, Richard Helms, and Philip Graham (publisher of The Washington Post). Wisner had taken Graham under his wing to direct the program code-named Operation Mockingbird and both have presumably committed suicide.

9. Media assets will eventually include ABC, NBC, CBS, Time, Newsweek, Associated Press, United Press International (UPI), Reuters, Hearst Newspapers, Scripps-Howard, Copley News Service, etc. and 400 journalists, who have secretly carried out assignments according to documents on file at CIA headquarters, from intelligence-gathering to serving as go-betweens. The CIA had infiltrated the nation's businesses, media, and universities with tens

of thousands of on-call operatives by the 1950's. CIA Director Dulles had staffed the CIA almost exclusively with Ivy League graduates, especially from Yale with figures like George Herbert Walker Bush from the "Skull and Crossbones" Society.

10. Many Americans still insist or persist in believing that we have a free press, while getting most of their news from state-controlled television, under the misconception that reporters are meant to serve the public. Reporters are paid employees and serve the media owners, who usually cower when challenged by advertisers or major government figures. Robert Parry reported the first breaking stories about Iran-Contra for Associated Press that were largely ignored by the press and congress, then moving to Newsweek he witnessed a retraction of a true story for political reasons. In 'Fooling America: A Talk by Robert Parry' he said, "The people who succeeded and did well were those who didn't stand up, who didn't write the big stories, who looked the other way when history was happening in front of them, and went along either consciously or just by cowardice with the deception of the American people."

11. Major networks are primarily controlled by giant corporations that are obligated by law, to put the profits of their investors ahead of all other considerations which are often in conflict with the practice of responsible journalism. There were around 50 corporations a couple of decades ago, which was considered monopolistic by many and yet today, these companies have become larger and fewer in number as the biggest ones absorb their rivals. This concentration of ownership and power reduces the diversity of media voices, as news falls into the hands of large conglomerates with holdings in many industries that interferes in news gathering, because of conflicts of interest. Mockingbird was an immense financial undertaking with funds flowing from the CIA largely through the Congress for Cultural Freedom (CCF) founded by Tom Braden with Pat Buchanon of CNN's Crossfire.

12. Media corporations share members of the board of directors with a variety of other large corporations including banks, investment companies, oil companies, health care, pharmaceutical, and technology companies. Until the 1980's, media systems were generally domestically owned, regulated, and national in scope. However, pressure from the IMF, World Bank, and US government to deregulate and privatize, the media, communication, and new technology resulted in a global commercial media system dominated by a small number of super-powerful transnational media corporations (mostly US based), working to advance the cause of global markets and the CIA agenda.

The Media by Steve Kangus

13. Journalism is a perfect cover for CIA agents. People talk freely to journalists, and

few think suspiciously of a journalist aggressively searching for information. Journalists also have power, influence and clout. Not surprisingly, the CIA began a mission in the late 1940s to recruit American journalists on a wide scale, a mission it dubbed Operation MOCKINGBIRD. The agency wanted these journalists not only to relay any sensitive information they discovered, but also to write anti-communist, pro-capitalist propaganda when needed.

14. The instigators of MOCKINGBIRD were Frank Wisner, Allan Dulles, Richard Helms and Philip Graham. Graham was the husband of Katherine Graham, today□ s publisher of the *Washington Post*. In fact, it was the *Post*□ s ties to the CIA that allowed it to grow so quickly after the war, both in readership and influence. (8)

15.MOCKINGBIRD was extraordinarily successful. In no time, the agency had recruited at least 25 media organizations to disseminate CIA propaganda. At least 400 journalists would eventually join the CIA payroll, according to the CIA□ s testimony before a stunned Church Committee in 1975. (The committee felt the true number was considerably higher.) The names of those recruited reads like a Who's Who of journalism:

- Philip and Katharine Graham (Publishers, *Washington Post*)
- William Paley (President, CBS)
- Henry Luce (Publisher, *Time* and *Life* magazine)
- Arthur Hays Sulzberger (Publisher, *N.Y. Times*)
- Jerry O'Leary (*Washington Star*)
- Hal Hendrix (Pulitzer Prize winner, *Miami News*)
- Barry Bingham Sr., (*Louisville Courier-Journal*)
- James Copley (Copley News Services)
- Joseph Harrison (Editor, *Christian Science Monitor*)
- C.D. Jackson (*Fortune*)
- Walter Pincus (Reporter, *Washington Post*)
- ABC
- NBC
- Associated Press
- United Press International
- Reuters
- Hearst Newspapers
- Scripps-Howard
- *Newsweek* magazine
- Mutual Broadcasting System
- *Miami Herald*
- Old *Saturday Evening Post*
- *New York Herald-Tribune*

16. Perhaps no newspaper is more important to the CIA than the *Washington Post*, one of the nation□ s most right-wing dailies. Its location in the nation□ s capitol enables

the paper to maintain valuable personal contacts with leading intelligence, political and business figures. Unlike other newspapers, the *Post* operates its own bureaus around the world, rather than relying on AP wire services. Owner Philip Graham was a military intelligence officer in World War II, and later became close friends with CIA figures like Frank Wisner, Allen Dulles, Desmond FitzGerald and Richard Helms. He inherited the *Post* by marrying Katherine Graham, whose father owned it.

17. After Philip☐ s suicide in 1963, Katharine Graham took over the *Post*. Seduced by her husband☐ s world of government and espionage, she expanded her newspaper☐ s relationship with the CIA. In a 1988 speech before CIA officials at Langley, Virginia, she stated:

> We live in a dirty and dangerous world. There are some things that the general public does not need to know and shouldn☐ t. I believe democracy flourishes when the government can take legitimate steps to keep its secrets and when the press can decide whether to print what it knows.

This quote has since become a classic among CIA critics for its belittlement of democracy and its admission that there is a political agenda behind the *Post*☐ s headlines.

18. Ben Bradlee was the *Post*☐ s managing editor during most of the Cold War. He worked in the U.S. Paris embassy from 1951 to 1953, where he followed orders by the CIA station chief to place propaganda in the European press. (9) Most Americans incorrectly believe that Bradlee personifies the liberal slant of the *Post*, given his role in publishing the Pentagon Papers and the Watergate investigations. But neither of these two incidents are what they seem. The Post merely published the Pentagon Papers after *The New York Times* already had, because it wanted to appear competitive. As for Watergate, we☐ ll examine the CIA☐ s reasons for wanting to bring down Nixon in a moment. Someone once asked Bradlee: "Does it irk you when *The Washington Post* is made out to be a bastion of slanted liberal thinkers instead of champion journalists just because of Watergate?" Bradlee responded: "Damn right it does!" (10)

19. It would be impossible to elaborate in this short space even the most important examples of the CIA/media alliance. Sig Mickelson was a CIA asset the entire time he was president of CBS News from 1954 to 1961. Later he went on to become president of Radio Free Europe and Radio Liberty, two major outlets of CIA propaganda.

20. The CIA also secretly bought or created its own media companies. It owned 40 percent of the *Rome Daily American* at a time when communists were threatening to win the Italian elections. Worse, the CIA has bought many *domestic* media companies. A prime example is Capital Cities, created in 1954 by CIA businessman William Casey (who would later become Reagan☐ s CIA director). Another founder was Lowell Thomas, a close friend and business contact with CIA Director Allen Dulles. Another founder was CIA businessman Thomas Dewey. By 1985, Capital Cities had grown so

powerful that it was able to buy an entire TV network: ABC.

21. For those who believe in "separation of press and state," the very idea that the CIA has secret propaganda outlets throughout the media is appalling. The reason why America was so oblivious to CIA crimes in the 40s and 50s was because the media willingly complied with the agency. Even today, when the immorality of the CIA should be an open-and-shut case, "debate" about the issue rages in the media. Here is but one example:

22. In 1996, *The San Jose Mercury News* published an investigative report suggesting that the CIA had sold crack in Los Angeles to fund the Contra war in Central America. A month later, three of the CIA□ s most important media allies □ *The Washington Post, The New York Times* and *The Los Angeles Times* □ immediately leveled their guns at the Mercury report and blasted away in an attempt to discredit it. Who wrote the *Post* article? Walter Pincus, longtime CIA journalist. The dangers here are obvious.

## Church Committee investigations

Further details of Operation Mockingbird were revealed as a result of the Frank Church investigations (Select Committee to Study Governmental Operations with Respect to Intelligence Activities) in 1975. According to the Congress report published in 1976:

> "The CIA currently maintains a network of several hundred foreign individuals around the world who provide intelligence for the CIA and at times attempt to influence opinion through the use of covert propaganda. These individuals provide the CIA with direct access to a large number of newspapers and periodicals, scores of press services and news agencies, radio and television stations, commercial book publishers, and other foreign media outlets."

Church argued that misinforming the world cost American taxpayers an estimated $265 million a year.

23. John Swinton, the former Chief of Staff for the New York Times, was one of New York's best loved newspapermen. Called by his peers "The Dean of his Profession", John was asked in 1953 to give a toast before the New York Press Club, and in so doing, made a monumentally important and revealing statement. He is quoted as follows:

"There is no such thing, at this date of the world's history, in America, as an independent press. You know it and I know it. There is not one of you who dares to write your honest opinions,

and if you did, you know beforehand that it would never appear in print. I am paid weekly for keeping my honest opinion out of the paper I am connected with. Others of you are paid similar weekly salaries for similar things, and any of you who would be so foolish as to write honest opinions would be out on the streets looking for another job. If I allowed my honest opinions to appear in one issue of my paper, before twenty-four hours my occupation would be gone. The business of the journalists is to destroy the truth; to lie outright; to pervert; to vilify; to fawn at the feet of mammon, and to sell his country and his race for his daily bread. You know it and I know it, and what folly is this toasting an independent press? We are the tools and vassals of rich men behind the scenes. We are the jumping jacks, they pull the strings and we dance. Our talents, our possibilities, and our lives are all the property of other men. We are intellectual prostitutes."

## FACTUAL ALLEGATIONS

1. Under defendant Bush, at least 20 different federal agencies have produced "prepackaged, ready-to-serve" reports that are distributed to hundreds of television stations, such as Fox 13 in Memphis, TN or WCIA 3 in Champaign, IL. These reports are often broadcast on television news programs without disclosing that the segments are produced and paid for by the US federal government.
Source: *The New York Times*, 3/13/2005, "Under Bush, a New Age of Prepackaged News".

How much public money has the Bush administration spent on this propaganda programming?
The investigation by *The New York Times* showed that the Bush administration has spent unprecedented sums of money on these fake news programs and has already paid PR firms more than $254 million to create this programming.
Source: *The New York Times*, 3/13/2005, "Under Bush, a New Age of Prepackaged News".

What does the independent Government Accountability Office (G.A.O.) say about these government-produced fake news segments?
In three separate reports, the G.A.O. has criticized the Bush administration's government-made "news" programs. The GAO has concluded that these reports may constitute "covert propaganda." The GAO concluded that Bush administration agencies "designed and executed" these reports "to be

indistinguishable from news stories produced by the private sector television news organizations."
Source: *The New York Times*, 3/13/2005, "Under Bush, a New Age of Prepackaged News"; *The Washington Post*, 1/9/2005, "Drug Control Office Faulted For Issuing Fake News Tapes".

Is it legal for the Bush administration to use taxpayer money to advocate for its political agenda?
No. Many of the fake news segments produced and disseminated by the Bush administration violate laws that prohibit the government from using taxpayer dollars for political lobbying activities. The GAO has concluded that a number of Bush administration television segments misused public funds and "violated the publicity or propaganda prohibitions."
Source: Government Accountability Office, 1/4/05, "Office of National Drug Control Policy--Video News Release, B-303495" (citing 31 U.S.C. 1341 and Pub. L. No. 108-199).

Is it legal for television stations to air these fake news reports?
No. If television stations air programs that are paid for by the federal government, the stations must disclose that information at the time they air the program. The GAO reports indicate that a great number of stations aired these programs and did not disclose that they were produced and paid for by the government. Moreover, the Federal Communication Commission (FCC) has already concluded that "listeners and viewers are entitled to know by whom they are being persuaded." This failure to disclose the source of the programming violates federal laws including the Radio Act and Section 317 of the Communications Act.
Source: FCC, 12/22/2000, "Enforcement Letter" (citing the Radio Act and 47 U.S.C. 317); FCC, "Payola and Sponsorship Identification" (citing 47 U.S.C. 317).

The Federal Communication Commission (FCC) doesn't really have jurisdiction here, but the federal courts do. Of the propaganda that has come out of the defendnat Bush and the White House in the last four years, so far four cases have been deemed violations by the GAO of the covert propaganda clause of the budget appropriations act, which prohibit federal agencies under the control of the Executive from using appropriations dollars to fund propaganda designed to influence the Congress. The last such determination from the GAO happened in the 1980s during Iran-contra. In other words, of the violations made by the past four presidents, Defendant Bush has committed 80% of them, and he's only been in office for 6 years, and the GAO hasn't yet made determinations in most of the cases it has been asked to consider--so it may be much worse. These fake news broadcast by the defendants are a violation of the Plaintiffs First Amendment-Right to a Free Press

2. The documentary below provides an insiders critique of how the defendants and CIA and Corporate Press Lords constrict the free flow of ideas and information. Interviews with celebrated journalist provide case

studies of stories which were spiked and reporters who were demoted or fired at prestigious organizations like the Atlanta Constitution, The New York Times, NBC News, and other Networks. From this intimidation, other journalist quickly learn to practice SELF CENSORSHIP whenever a story exposes the Government in Corruption and Coverups or conflict with the interest of their Corporate employers. This is in violation of the Plaintiff's First Amendment-Right to a free press that concerns all 50 states and also violates every US citizen right to a free press in which a class action lawsuit can be filed NATIONWIDE naming all Americans as plaintiffs.

Fear and Favor in the Newsroom Documentary: The journalist listed in this documentary will testify or we can watch the video : http://www.fearandfavor.com/

http://www.freespeech.org/videodb/index.phpaction=view&video_id=9830&media_id=

3. Jane Akre and Steve Wilson are tough, bulldog reporters--the sort of journalists you'd expect to make some enemies along the way-Both reporters were blocked from broadcasting a news story by FOX News that concerned the public health and this is in violation of the Plaintiffs First Amendment-Right to a Free Press:

http://www.youtube.com/watch?v=axU9ngbTxKw

4. To keep the public from ever being able to get a firm handle on what's really going on, the defendants and and NATIONWIDE media colludes to manipulate headlines, story slant, and even story content (which ranges from blatant omissions to outright lies). The tactics used in the website below are classic CIA, and are described as blackouts in violation of the Plaintiffs First Amendment-Right to a Free Press: http://www.wanttoknow.info/massmedia

5. HERES HOW DEFENDANT BUSH-CIA MEDIA PUSH PROPAGANDA NATIONWIDE TO THE PLAINTIFF AND AMERICAN PEOPLE

THE FBI STATES THERE IS NO EVIDENCE LINKING BIN LADEN TO 9-11

On June 5, 2006, the Muckraker Report contacted the FBI Headquarters, (202) 324-3000, to learn why Bin Laden□ s Most Wanted poster did not indicate that Usama was also wanted in connection with the 9/11 attacks. The Muckraker Report spoke with Rex Tomb, Chief of Investigative Publicity for the FBI. When asked why there is no mention of 9/11 on Bin Laden□ s *Most Wanted* web page, Tomb said, □ The reason why 9/11 is not mentioned on Usama Bin Laden□ s Most Wanted page is because the FBI has no *hard evidence* connecting Bin Laden to 9/11.□

HERE's THE DEFENDANTS and CIA CONTROLLED MEDIA DEFENDANTS BLAME BIN LADEN WIHOUT ANY EVIDENCE AND ENGAGE IN A 9-11 COVERUP

(YOU MAY HAVE TO REPEATEDLY CLICK THE PLAY BUTTON TO WATCH THE VIDEO BELOW)

http://proutnewsnetwork.org/NWO/files/sep11.html

**Broadcast False Statements / Disinformation:** Broadcasting false information concerning a crime or a catastrophe constitutes a violation of the FCC's rules if (1) the licensee knew this information was false, (2) it was foreseeable that broadcast of the information would cause substantial public harm and (3) broadcast of the information did in fact directly cause substantial public harm. In this context, a "crime" is an act or omission that makes the offender subject to criminal punishment by law, and a "catastrophe" is a disaster or imminent disaster involving violent or sudden events affecting the public. "Public harm" must begin immediately, and cause direct and actual damage to property or to the health or safety of the general public, or diversion of law enforcement or other public health and safety authorities from their duties.

6. Here are examples of mass entertainment distractions by the defendants which is in violation of the Plaintiffs First Amendment-Right to a Free Press:
http://www.ericblumrich.com/news.html

7. Here are other examples of the defendants and former officials use of propaganda against the Plaintiff and American people

http://www.apfn.org/apfn/mockingbird3.htm

http://www.apfn.org/apfn/mockingbird4.htm

http://www.u-r-next.com/MEDIA-LIES.htm

8. In January 2005 the Plaintiff filed three rstraining orders in Rancho Cucamonga, California against Cable News Network (CNN) and/or news anchor Rudi Bakhtiar for harassment and/or stalking who were acting in concert with unknown FBI agents using the policy and practice of FBI cointelpro-harassment program sending threats of starving the plaintiff to death if he did not stop his political activities and exposure about the national media and CNN. The Temporary restraining order applications contain some of the Plaintiffs websites and blogs he used to start the Watch Group that exposed US Government Corruption and coverups and the CIA controlled national media.

Case No RCVRS 085325, Filed January 21, 2005

Case No RCVRS 085375, Filed January 26, 2005

Case No RCVRS 085883, Filed February 22, 2005

The Plaintiff also created websites and blogs about CNN and corporate media crimes and he was and is being harassed by these defendants and unknown others.

9. From at least 2004 the Plaintiff believes these defendants have abused the USA Patriot Act and used other unlawful surveillance against the him for non terrorism purposes to obtain wrongfully aquired data, papers and information from the Plaintiff and to illegally spy on him (political spying). The USA Patriot Act and other

surveillance is NOT a license for these defendants and government agents to trespass, steal and intrude the Plaintiffs privacy by electronic means. The defendants purpose and destructive activities against the Plaintiff are malicious and amount to suppression and administrative censorship and violate the First, Fourth, Eighth, and Fourteenth Amendments

10. The defendants and County of San Bernardino California officials, Cable News Network (CNN)representatives in Atlanta have engaged in a harassment campaign and attempted frame-up of DJ BLAZE/JEFF WILLIAMSON including creating, changing, and forging documents for exposing the CIA secret project "Operation Mockingbird" listed in a section of The RENEGADE MOVEMENT
 http://www.freewebs.com/operationmockingbird . DJ Blaze has been unlawfully arrestted five times on a friviolous charge with the District Attorneys office believed to be recieving bribes and/or payoffs from CNN representatives and harassment from the police and FBI for being a activist. Within the five times the Plaintiff was arrested the Plaintiff was extradited twice to San Bernardino, California on a fourteen hour gruling bus ride each time only to be cite released instead of taking the Plaintiff before the Court for the purpose of repeated harassment even after notice to the San Bernardino District Attorneys office several times, via telephone and email.

The Plaintiff also exposed CORRUPTION through Civic USA that Downtown San Bernardino County, San Bernardino City Hall, the County Governemnt Center , the Superior Court-Central District, and other players in San Bernardino California who meet and plan how to Redirect Taxpayer Money Into Their Pockets of Their FAVORITE BUSINESS PARTNERS AND CORRUPTION IN SAN FRANCISCO

Most San Bernardino AND San Francisco citizens dont even know about the CORRPTION and COVERUPS in their Community and how it EFFECTS THEM.

SAN BERNARDINO COUNTY CALIFORNIA

http://www.civicusa.org/interface/index.php?action=124

As a direct and proximate result, the plaintiff was arrested on a frivilous tresspassing charge in San Bernardino County, California on or about February 4, 2005. The plaintiff tried to reschedule the Court Date because of being out of town. Someone in the Clerks Office stated, via telephone, the case could not be rescheduled because the officer never turned in the paperwork-the Plaintiff even called on his old cell phone the Day Before Court. The Clerks employee said to keep calling which is what he did-even calling a few days after the Court Date on the ticket only to be informed a waarent had been issued for his arrest.

Later when returning to San Bernardino, Plaintiff was harassed by the Ontario, California Police who ran a check on the Plaintiff and said he had a FTA-failure to appear for a Court Date. There is serious problems within the Court System in San

Bernardino. Moreover, the Police charged Plaintiff with Possession of a Dangerous Weapon- a tire thumper that cost about $4.oo at the Travel Center of America used for thumping tires on trucks required by the Dept of Transportation. The Police officer was told all of this information and still charged the Plaintiff in a effort to act in concert with the FBI to make it appear as if the Plaintiff is dangerous or violent the same way the FBI attacked Earth First to try and FRAME them: http://www.judibari.org The plaintiff should have never should have been charged with this ridiculous charge especially after the officer ask Plaintiff what it was for.

After sitting in jail for 10 Days, Plaintiff finally went to Court on February 14, 2005 with an appointed Public Defender who might as well be working for the District Attorneys Office-who pressured the Plaintiff into pleading guilty for a crime he didnot commit and threatened by a deputy that he would have wait in jail two or three months for a Trial if he pleaded Not Guilty.

After all Court hearings came the Jail Defendants-The Judge believed to be Judge Barr told the Court Reporter to STOP transcribing so she did-then came the agreement to one year unsupervised probation-not having to report to anyone with time served 10 days and the agreement that the Frivilous Dangerous Weapon Charge be Dropped clearing me from all charges in San Bernardino County so I could leave the state

The defendants and others in San Bernardino have conspired to violate Plaintiff's rights in violation of 18 USC Section 241 and 242 and 1505 changing and/or forging documents and back-dating a transcript to three years unsupervised probation in an effort to FRAME ME and violate the Plaintiff's probation to put him in jail or prison. More over the frivolous Dangerous Weapon charge all of a sudden appeared again sometime in summer of 2006 after it was supposed to be dropped in a plea deal and came up on the National Crime Information Center (NCIC) as "Explosives and Weapons" making the plaintiff appear dangerous for a mere tire thumper.

Since that time the Plaintiff has been unlawfully arrested five times in San Francisco, on or about August 10, 2006, on or about September 21, 2006, on two other dates, and on or about July 9, 2007 and being extradited twice to San Bernardino on a 14 HOUR Grulling Bus ride with several stops only to be held for a few hours after arriving then released. San Bernardino could have site released the plaintiff in San Fransico but instead these defendants and officials spearheaded a Harassment-Frameup Unlawful Campaign against the plaintiff for exposing the CORRUPTION IN SAN FRANCISCO and SAN BERNARDINO CALIFORNIA. The Plaintiff does not have the dates for the other two unlawful arrest because his property have been stolen several times. Notice: http://www.freewebs.com/maliciousprosecution/

Since these defendants and others tried to portray the plaintiff as dangerous on the NCIC with "Explosives and Weapons for a mere tire thumper, the Plaintiff created a

website-blog about the FBI Bomb Builders and show the FBI and Government's Terrorist activities and destructive activities against activist including planting a bomb in Earth First, Judi Bari's car to try and frame them. The Plaintiff erased a section off his blog after a few weeks because he did not want anyone to get hurt from any information he posted, all protected under the First Amendment, to make a point with the FBI about their harassment of "Explosives and Weapons on the NCIC. The Plaintiff does not know how to build a bomb and has never personally seen a bomb.  http://www.freewebs.com/freespeechzone

The San Bernardino County California defendants Michael A Ramos and Jim Hackleman, San Bernardino County California district attorneys office  recieved several emails from the Plaintiff between August 2006 and January 2007 about his unlawful arrest. Moreover the Plaintiff contacted the San Bernardino District Attorneys Office and public defenders office several times between August 2006 and January 2007, via telephone, only to have the staff hang up on the Plaintiff several times. During this time one of the staff members did take the  Plaintiff's information about the plea agreement that included the "fivolous" dangerous weapon charge, a mere tire thumper be dropped and to contact the public defenders office for more information.

These defendants and named defendants conspired to bring back the charges against the Plaintiff after they had been dropped in a plea agreement deal. Moreover, all of the defendants conspired in the continous malicious prosecution agianst the Plaintiff after the Plaintiff provided notice to both district attorney defendants.Here is an email sent sevarl times to the defendants: http://www.freewebs.com/maliciousprosecution The district attorney defendants and the named defendants conspired to use the legal process against the Plaintiff for political motives in violation of the First and Fourteenth Amendments to the US Constitution. The Plaintiff was deprived his liberty five times in violation of the Fourth Amendment all corruptly and for political motives is enough to shock the conscience because the conspricy against the Plaintiff has contiuned in this district.

Here are the links posted on the Plaintiffs political blog about the corruption in San Bernardino and San Francisco California

http://www.civicusa.org/interface/index.php?action=124

Click on to link and scroll to the bottom of website to watch the 30 minute video from Free Speech TV:

http://www.freespeech.org/fscm2/contentviewer.php?content_id=1552


11. These defendants have engaged in desrtuctive activities against the Plaintiff that

are described in another lawsuit draft that can be read on one of the Plaintiffs websites: http://www.freewebs.com/firstamend and should be included and discussed in this case because all these crimes against the Plaintiff are related and continued in this district. Since the Plaintiff arrived in Reno, Nevada on or about August 5, 2007 these defendants and unknown others have blocked and/or disrupted the Plaintiffs income as a independant contractor moving furniture. The Plaintiff's disc jockey career was intentionally blocked and disrupted as described in the lawsuit draft named above.

Since about August 9, 2007 these defendants have sent unknown individuals and groups of people to harass the Plaintiff at the Western Village Casino in Sparks, Nevada; Sierra Sids in Sparks, Nevada; Cal Neva in Reno, Nevada and other locations throughout the area using harassment techniques the government has used for decades as described in political spying and harassment cases and the Plaintiffs political blogs.

http://www.freewebs.com/politicalspying

http://www.freewebs.com/governmenttarget

These techniques carry a serious risk of physical, emotional, and economic damage and callous disregard of clearly established law in violation of specific crimianal statutes that involve risk of serious bodily injury or death to targets such as the Plaintiff. The Bush Administration and the Department that calls itself Justice have abandoned the "Levi" guidelines and have allowed the FBI and other agencies to attack dissent with a free hand with obstruction of justice. It is clear the FBI and US Government intentions are not about fighting "terrorism", its about supressing dissent. Thats what the FBI Professional liars-Constitutional Assassins have always been about. These defendants have violated the Plaintiffs rights to speak out and organize politically in the defense of the Constiution and laws of the United States of America with intent to disrupt, misdirect, discredit or otherwise neutralize' and suppress, punish and chill the protected activities of the Renegade Movement and the Plaintiff as described in this amended complaint and other lawsuit draft named above.

The defendants have repeatedly labeled the Plaintiff as dangerous, violent and crazy in a mere grasp to justify their activities and misconduct described in this complaint. These defendants have conspired against the plaintiff as described in this complaint and repeatedly harassed the plaitiff in a malicious effort to provoke confrontations to say he is violent for several years all of which continued in this district. These defendants and government agents have all worked togther to implement various dangerous government programs against targets such as the Plaintiff which include the United States military through the United States Department of Defense.

In the Final Report of the Senate Select Committee to Study Governmental Operations with respect to IntelligenceActivities (Church Committee), FBI COINTELPRO PROGRAM was castigated in no uncertain terms: "COINTELPRO is the FBI acronym for a series of covert action programs directed against domestic groups." and here it states in the governments own documents:

"Many of the techniques used would be intolerable in a democratic society even if all

of the targets had been involved in violent activity, but COINTELPRO went far beyond that...the Bureau conducted a sophisticated vigilante operation aimed squarely at preventing the exercise of First Amendment rights of speech and association, on the theory that preventing the growth of dangerous groups and the propogation of dangerous ideas would protect the national security and deter violence." The defendants scream national security and have and still continues to use unlawful activities and those dangerous tecniques against the Plaintiff to avoid "embarassment" to the defendants regarding corruption and coverups listed in the Plaintiff's political blog and in this complaint. The Plaintiff has a political blog which he post links from other webites and videos so therefore the defendants have no national security claim.

There is no question FBI Cointelpro Program is one of the worst abuses in law enforcement history and continues to this day against the Plaintiff and other American citizens. The United States government agencies and miltary branches have a long history and continue to use dangerous government programs against private citizens and the Plaintiff. This program and other dangerous government programs have been condemned by the United States Senate and the Federal Judicary: FBI Cointelpro; CIA MK ULTRA; CIA OPERATION CHAOS; and countless other dangerous government programs and operations that include but not limited to mind control, remote viewing, gang stalking, use of electronic weapons on private citizens, assasinations, and other techniques, experiments and test on unwitting private citizens all of which are in the governments own documents. These defendants have taken political spying to a whole new level which include but not limited to the USA Patriot Act, NSA Spying Program, FBI Carnivoir, DIA Echelon and other government surveillance programs for non-terrorism purposes and abused their positions and power corruptly to cover up these crimes and abuses against the Plaintiff which amounts to obstruction of justice.

## COUNT 1

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The activities of the defendants are unlawful and constitute a seperate violation of 18 USC sections 241, 242, 246, 1512(d)(2), 1505, 1513, 1519 and Califirnia Ralph Civil Rights Act, Banes Act and California Penal Code 182, 140 and 422.6. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, Fourth, Fifth, Eighth and Fourteenth Amendments. The Plaintiff was sujected to four unlawful

arrest in an effort to disrupt and block his Freedom of speech and unlawfully and needlessly subjected to a (14) hour bus ride which amounts to cruel and unusal punishment and is in violation of the Fourteenth Amendment equal protection

 AFTER BEING RELEASED FROM JAIL IN SAN BERNARDINO, CALIFORNIA ON or ABOUT JANUARY 15, 2007 THE PLAINTIFF WENT TOTHE TRAVEL CENTER OF AMERICA IN ONTARIO, CALIFORNIA  AS HE STARTED FOR THE SHOWERS, HE SAW TWO UNKNOWN WHITE MALES SIGNAL EACH OTHER-AS PLAINTIFF ENTERED THE SHOWER THERE WAS A EXTREMELY FOUL STRANGE ODOR-CHEMICAL or ACID SMELL - PLAINTIFF FANNED THE DOOR A FEW TIMES IN A HURRY TO PROCEED ON A  SECTION TO UPADTE and POST ON HIS POLITICAL BLOG-DURING THE SHOWER PLAINTIFF BECAME VIOLENTLY ILL VOMITING SEVERAL TIMES-AFTER HE FINISHED THE SHOWER HE BECAME VIOLENTLY ILL AGAIN & SHAKING SO HE CALLED 911- I TOLD THE 911 OPERATER SOMEONE JUST BROUGHT HIM SOMETHING FROM THE STORE SO CANCELL THE CALL-AFTER ABOUT TWO HOURS PLAINTIFF BECAME VIOLENTLY ILL AGAIN THINKING HE WAS GOING TO DIE AND CALLED 911 AGAIN WHO SENT AN AMBULANCE  AND TOOK HIM TO THE HOLSPITAL.SAN ANTONIO COMMUNITY HOSPITAL IN UPLAND, CALIFORNIA [909-920-4747] PLAINTIFF TOLD THE AMBULANCE STAFF, NURSES, AND DOCTORS THE SAME STORY BUT THE PLAINTIFF DOESNT BELIEVE THEY DOCUMENTED ANY PART OF IT.

MOREOVER THE HOSPITAL STAFF MAY HAVE EVEN FALSIFIED PLAINTIFF's MEDICAL RECORDS IN THE SAME WAY THE HOSPITAL STAFF FALSIFIED THEM AT LUTHERN MEDICAL CENTER IN WHEATRIDGE, COLORADO. THE PLAINTIFF BELIEVES THE ODOR COULD HAVE BEEN CYNIDE or SOME TYPE OF CHEMICAL USED BY FBI COINTELPRO AGENTS. PLAINTIFF KNOWS HIS REACTION WAS FROM THE CHEMICALS OBVIOUSLY PLANTED IN HIS SHOWER.PLAINTIFF HAS HAD THE FLU BEFORE and IT WASNT THE FLU AS THE HOSPITAL STAFF TRIED TO STAGE-THIS WAS ATTEMPTED MURDER NOT THE FLU. THIS IS BELIEVED TO BE THE SECOND KNOWN ATTEMPT ON PLAINTIFF's LIFE FOR EXPOSING US GOVERNMENT CORRUPTION & COVERUPS and the DEFENDANTS.

 THE PLAINTIFF REINTERATES THE FACT THAT THESE DEFENDANTS UNLAWFULLY EXTRADITED THE PLAINTIFF (SIXTEEN HOUR BUS RIDE) ON A CHARGE THAT HAD ALREADY BEEN DROPPED AGAINST THE PLAINTIFF TO RELEASE HIM AFTER ONLY A FEW HOURS IN BOOKING IN A HARASSMENT CAMPAIGN and TO MURDER THE PLAINTIFF

The San Bernardino County California defendants Michael A Ramos and Jim Hackleman, San Bernardino County California district attorneys office recieved several emails from the Plaintiff between August 2006 and January 2007 about his unlawful arrest. Moreover the Plaintiff contacted the San Bernardino District Attorneys Office several times between August 2006 and January 2007, via telephone, only to have the staff hang up on the Plaintiff several times. During this time one of the staff members did take the Plaintiff's information about the plea agreement that included the "fivolous" dangerous weapon charge, a mere tire thumper be dropped and to contact the public defenders office for more information.

These defendants and named defendants conspired to bring back the charges against the Plaintiff after they had been dropped in a plea agreement deal. Moreover, all of the defendants conspired in the continous malicious prosecution agianst the Plaintiff after the Plaintiff provided notice to both district attorney defendants.Here is an email sent sevarl times to the defendants: http://www.freewebs.com/maliciousprosecution The district attorney defendants and the named defendants conspired to use the legal process against the Plaintiff for political motives in violation of the First and Fourteenth Amendments to the US Constitution. The Plaintiff was deprived his liberty four times in violation of the Fourth Amendment all corruptly and for political motives is enough to shock the conscience because the conspracy contiuned in this district

Here are the links posted on the Plaintiffs political blog

http://www.civicusa.org/interface/index.php?action=124

Click on to link and scroll to the bottom of website to watch the 30 minute video from Free Speech TV:

http://www.freespeech.org/fscm2/contentviewer.php?content_id=1552

### COUNT 2

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The activities of the defendants are unlawful and constitute a seperate violation of 18 USC sections 241(attempted murder), 242(attempted murder), 1091(attempted murder), , 1512(d)(2)(attempted murder), , 1505(attempted murder), , 1513(attempted murder), , 1519 and Califirnia Ralph Civil Rights Act, Banes Act and California Penal Code 182, 140 and 422.6. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, Fourth, Fifth, Eighth and Fourteenth Amendments.

## COUNT 3

### Violation of 42 U.S.C. Section 1983 and Comparable California Law - Infringement on Plaintiffs' First Amendment Right to a Free Press

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The activities of the defendants are unlawful and constitute a seperate violation of 18 U.S.C. sections 241, 242, 246, 1091, 1505, 1512(d)(2), 1513, 1519, 2261(A), U.S.C. section 317 and 31 U.S.C. 1341 and Public Law No 108-199 and California Ralph Civil Rights Act, California Banes Act and California Penal Code 182. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, right to a free press and Fourteenth Amendment equal protection and amounts to obstruction of justice. The defendants are also in violation of the California Constitution: http://www.leginfo.ca.gov/.const/.article_1 and violation of California Penal Codes 182, 422.6, 646.9

## COUNT 4

### Violation of 42 U.S.C. Section 1983 and Comparable California Law - Conspiracy to Infringe on Plaintiffs' First Amendment Right to a Free Press

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The activities of the defendants are unlawful and constitute a seperate violation of 18 U.S.C. sections 241, 242, 246, 1091, 1505, 1512(d)(2), 1513, 1519, 2261(A), U.S.C. section 317 and 31 U.S.C. 1341 and Public Law No 108-199 and California Ralph Civil Rights Act, California Banes Act and California Penal Code 182. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, right to a free press and Fourteenth Amendment equal protection and amounts to obstruction of justice. The defendants are also in violation of the California Constitution: http://www.leginfo.ca.gov/.const/.article_1 and violation of California Penal Codes 182,

422.6, 646.9

# COUNT 6

## Intentional Infliction of Emotional Injury

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The defendants activities described  are unlawful and constitute a seperate violation of 18 USC sections 241, 242, 1091 1512(d)(2), 1505, 1513, 1519 and Califirnia Ralph Civil Rights Act, Banes Act and California Penal Code 182, 140 and 422.6. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, Fourth, Fifth, Eighth and Fourteenth Amendments

The willful activities were calculated and used by the defendants to inflict terror, adverse public harassment, humiliation, plaintiff's ability to travel long distatnces, plaintiff's ability to stay inside a building has been substantially impaired, fbi contelpro street theatre harassment, social isolation, emotional, tramatic injury and other inflictions against the plaintiff.

# COUNT 7

## Negligent Infliction of Emotional Injury

Plaintiff repeats and realleges and incorporates by reference the factual allegations with the same force and effect as if herein set forth.

At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. secs. 1981, 1983, 1985, and 1986.

Acting under the color of law, Defendants worked a denial of Plaintiffs rights, privileges or immunities secured by the United States Constitution or by Federal law

The activities of the defendants are unlawful and constitute a seperate violation of  the state and federal statues listed in this complaint.The defendants failed and/or refused to act and/or protect the plaintiff after providing notice to them.

The defendants activities described  are unlawful and constitute a seperate violation of 18 USC sections 241, 242, 1091 1512(d)(2), 1505, 1513, 1519 and Califirnia Ralph Civil Rights Act, Banes Act and California Penal Code 182, 140 and 422.6. These crimes against the Plaintiff are a violation of the Plaintiff's First Amendment, Fourth, Fifth, Eighth and Fourteenth Amendments

As a direct and proximate result the Plaintiff was subjected to suffered the infliction of terror, adverse public harassment, humiliation, plaintiff's ability to travel long distatnces, plaintiff's ability to stay inside a building has been substantially impaired, fbi contelpro street theatre harassment, social isolation, emotional, tramatic injury and other inflictions against the plaintiff.

## COUNT 8

### OUTRAGOUS CONDUCT

1. That the defendants' actions as set forth herein, were outrageous, intolerable and so extreme as to exceed all bounds of decency which prevail in civilized communities and societies.

2. That the defendants, by their actions as set forth herein, intended to inflict irreparable damage to the Plaintiff's reputation, good name, honor, integrity and respect in the community.

3. That as a direct and proximate result of the defendants' outrageous conduct, as set forth herein, the Plaintiff has suffered loss of his reputation, good name, honor, integrity and respect in the community.

4. That the defendants have caused the injuries, damages and losses to the Plaintiff by their outrageous conduct; and, the Plaintiff is entitled to recover against the defendants for the injuries, damages and losses set forth herein.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that a judgment and decree be entered against each of the defendants:

Based upon the foregoing, Plaintiffs respectfully pray that this Court will:

File the state and federal criminal charges against the defendants pursuant to:

- **18 U.S.C. section ?4 .. Misprision of felony**
- **18 U.S.C. section ?2382 . Misprision of treason**
- **18 U.S.C. section ?1512 .. (d)(2)Tampering with a victim**
- **18 U.S.C. section ?1513 . Retaliating against a  victim**

**1. Adjudging or decreeing  that each of the defendants acted  unlawfully as  alleged respectively in above, and that the respective plaintiff as to such Counts was injured as alleged;**

**2. Declare that defendants have each violated the state and federal statutes and US Constituton and California Constitution that the Plaintiff list in the above introductory statement and in this complaint.**

**3. To permananently enjoin defendants, their employees, agents, contractors, and successors in office from formulating, adopting, implementing, and/or enforcing any act, policy, practice, project,  custom, law, and/or decision having the effect of unlawfully controlling and/or influencing the mass media**

**4. To permananently enjoin defendants, their employees, agents, contractors, and successors in office from formulating, adopting, implementing, and/or enforcing any act, policy, practice, project,  custom, law, and/or decision having the effect of unlawfully using media propaganda tactics that include blackouts, misdirections, expert opinions to echo the Establishment line, smears, defining popular opinions, mass entertainment distractions, and Hobson's Choice the media presents the so-called conservative and liberal positions or any propaganda whatsoever against the Plaintiff and American people**

**5. Order the defendnats to convene a nonpartisan, non-governmental, non-corporate commission of citizens to study the present and desired future status of the country's news media. Its final report must be frank, specific and unsparing of any special corporate interests or the status quo.**

**6. Order the defendents to revive the National News Council, which existed from 1973 to 1984. Supported by foundations, the Council heard serious complaints about specific cases of national news media performance. While its public recommendations were not mandatory, the Council provided the public with a voice and the news media with an alert to weaknesses and abuses. The Council must also design a means to address abuses in local news media. Plaintiff suggest for the public's information that the Council's recommendations be announced on the subject broadcast news media or printed in the newspapers and magazines in question. A major PR campaign will be necessary to give the Council enough public respect and influence that the defendants and news media will feel voluntarily obliged to comply.**

**7. Order the defendants to propose a solution to the Telecommunications Act of 1996 that should be rolled back and replaced with new law that can begin to break up the most egregious conglomerates, reinstate mandatory local community access, and put teeth into the requirement that stations demonstrate their record of public interest programming when they apply for renewal of licenses.**

**8. Order the defendants to make challenge procedures more accessible to civic groups dissatisfied with their local radio and TV broadcast stations. (Networks are not regulated but their local**

affiliates are.) The AOL & Time Warner merger and others like it should be examined carefully for its effects on quality of news information.

9. Order the defendants to enforce public broadcasting financing through a new, nonpolitical system, as is done for the best systems of other democracies. Today, non-commercial broadcasting depends on appropriations by federal and state legislatures that themselves are heavily beholden to corporate interests. A small surtax on all consumer electronic equipment--computers, VCR's, TV sets, radios and the like--would be miniscule at the individual retail level but could provide funding for a full-fledged multi-channel radio and TV non-commercial system, and for a substantial national broadcast news and documentary operation.

10. Order the defendants to comply with the Federal Communications Commission's original purpose of protecting consumers against unfair industry behavior to an opposite role of protecting media industries from their consumers and promoting their conglomeration. The championing of the 1996 Telecom Act by the FCC was a perfect example of this role reversal. The FCC must be reconstituted to include specified representatives from nonpartisan groups like the Parent Teachers Association and others, as well as Presidential appointees.

11. Order the defendants to restore The Fairness Doctrine and equal time provisions. The answer to G. Gordon Liddy, Rush Limbaugh and Oliver North is not censorship but restoration of the public's right of timely reply on the stations and at the times those and other shows are broadcast. From the beginning of commercially licensed broadcasting in 1927, the Fairness Doctrine required broadcasters to devote a reasonable amount of time to discussion of controversial issues of public importance, and to permit reasonable opportunities for opposing views to be heard. The Fairness Doctrine obliged stations to provide reasonable time for response by those attacked in discussions. These provisions were stripped away during the Ronald Reagan administration. The equal time provision in essence said that in the 45 days before an election, stations must make time available to opposing candidates on roughly the same time basis, whether for paid time or for public service campaign discussions.

12. Order the defendants to place restrictions on time for commercials shown during newscasts were in effect until the Ronald Reagan administration dropped them in the mid 1980's. The restrictions on commercials should be restored to reduce some of the defendants and news media's incentive to narrow the truth in the news and to cater to corporate interests.

13. Granting a preliminary and temporary injunction against the defendants and any other agency of contractor that may arguably may act in this matter under color of law from taking any further retalitory actions against the Plaintiff.

14. Court file a report and/or complaint with the State Bar of California against Jim Hackleman and Michael Ramos for misconduct and conspirary against the Plaintiffs rights ;

15. Awarding the plaintiff pre-judgment interest as appropriate and post-judgment interest;

16. Awarding the plaintiff costs against each of the defendants

17. Order defendants to write "Operation Mockingbird" 10,000 times and return the lesson to the Honorable Court;

18. Expediting these proceedings where this matter will be set for trial;

19. Place this case on a fast track to prevent any inordinate delays;

20. Retain jurisdiction in this action to ensure compliance with the Courts decisions;

21. Awarding the plaintiff such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Respectfully submitted,

Jeff H Williamson, being duly sworn says, I am the named Plaintiff in the action herein, I have read the annexed Complaint and know the contents thereof and the same are true to my knowledge, except as to those matters herein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Jeff H Williamson

This 12 day of September 2007